ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

U.S. Commodity Futures Trading Commission,

Plaintiff,

v.

Case No.  17 C 3262
Judge Marvin E. Aspen

William H. Powderly, IV,

Defendant.

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒    in favor of plaintiff U.S. Commodity Futures Trading Commission
and against defendant William H. Powderly, IV
in the amount of $1,083,138.00 ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff shall recover costs from defendant.

_____

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

_____

☐    other:

_____

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Marvin E. Aspen.


Date:   3/5/2019                    Thomas G. Bruton, Clerk of Court

                                   Amanda Scherer, Deputy Clerk